1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9        SOUTHERN DISTRICT OF CALIFORNIA

10   AMY SHERLOCK, an individual,              Civil No.    08cv0865-WQH (POR)

11                            Plaintiff,       **ORDER FOLLOWING EARLY
                                               NEUTRAL EVALUATION
12                    v.                       CONFERENCE, SETTING RULE 26
                                               COMPLIANCE AND NOTICE OF CASE
13   SEPRACOR, INC.; and DOES 1 TO 50,         MANAGEMENT CONFERENCE**
     inclusive,
14                            Defendants.

15

16        On July 2, 2008, the Court held an Early Neutral Evaluation.  Appearing before the Court

17   were Michael Newlee, Esq., counsel for Plaintiff Amy Sherlock, and Christopher Hoffman, Esq.,

18   counsel for Defendant Sepracor, Inc.  After consulting with counsel and discussing compliance with

19   Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

20        1.    The Rule 26(f) conference shall be completed on or before **July 28, 2008**.

21        2.    A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S

22              Porter via email to efile_porter@casd.uscourts.gov on or before **August 8, 2008**.

23        3.    Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be

24              made on or before **August 15, 2008**.

25        4.    Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference

26              shall be held on **August 20, 2008** at **1:30 p.m.**  The conference shall be <u>telephonic</u>,

27              with <u>attorneys only</u>.  Defendant's counsel shall initiate and coordinate the call.

28        5.    Plaintiff's counsel shall serve a copy of this order on any parties that enter this case

hereafter.

6.    Failure of any counsel or party to comply with this order may result in sanctions.

DATED:  July 4, 2008

LOUISA S PORTER
United States Magistrate Judge

cc:    The Honorable William Q. Hayes
       all parties